IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO MACEDO,<br><br>*Defendant*. | Case No. 1:25-MJ-418 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND SUMMONS

I, Thomas G. Pattinson, being duly sworn, depose and state:

1. I am a Federal Air Marshal of the Transportation Security Administration and have been so employed since July of 2006. I am also a Task Force Officer with the FBI's Joint Terrorism Task Force and have been so assigned since July of 2021. I am currently assigned to the Washington Field Office of the FBI, where I investigate violations of federal law that occur within the airport environment and on-board aircraft and seek prosecution of violators when applicable. I have received training in general law enforcement and am familiar with the relevant federal statutes, including under Titles 18 and 49 of the United States Code. I have conducted numerous investigations into offenses that have occurred upon aircraft.

2. This affidavit is submitted in support of a criminal complaint and summons for Antonio MACEDO ("MACEDO"), who, while on an aircraft in the special aircraft jurisdiction of the United States, did knowingly make an obscene or indecent exposure of his genitals in a public place, in violation of 49 U.S.C. § 46506(2), assimilating D.C. Code § 22-1312 (formerly D.C. Code § 22-1112), and did assault Victim-1 ("V-1"), in violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1).

1

3. The facts and information contained in this affidavit are based upon my personal observations during this investigation, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

4. On or about November 3, 2024, at approximately 7:44 a.m., the FBI National Threat Operations was contacted by V-1 who stated a male passenger seated next to her exposed his penis and began to masturbate while aboard a United Airlines flight traveling nonstop from the Dulles International Airport ("IAD") in Dulles, Virginia to Humberto Delgado Airport ("LIS") in Lisbon, Portugal.

5. The flight in which the alleged incident occurred was United Airlines flight number 942 ("UA 942") with a scheduled departure from IAD on November 1, 2024, at approximately 10:55 p.m. Eastern Standard Time (EST) and a scheduled arrival at LIS on November 2, 2024, at approximately 10:00 a.m. Central European Time (CET). The total flight time was approximately seven hours.

6. The aircraft used for UA 942 from IAD to LIS was a Boeing 767-400 fixed wing aircraft with two aisles. See **Image 1** below for illustration:



**Image 1**

7. V-1 was seated in seat number 32E, a middle seat. MACEDO was assigned to seat number 32F, an aisle seat. See **Image 2** illustrating the middle row where V-1 and MACEDO were sitting during the flight.



**Image 2**

8. V-1 described the passenger in 32F, MACEDO, as a white male with a small build wearing white shorts and a dark shirt, and having short white hair under a dark hat. V-1 provided

3

your affiant a photograph of MACEDO taken from her personal camera phone on the date of the incident, which depicts him retrieving a bag from an overhead bin in row 32, wearing a dark shirt and having short white hair under a dark hat. Your affiant reviewed a recent photo of MACEDO from the Department of Motor Vehicles, which is consistent with the photograph taken by V-1 and the description V-1 provided.

9. At the beginning of the flight from IAD to LIS on UA 942, V-1 saw MACEDO rub his foot against hers and would intermittently rub his thumb over his crotch area.

10. At a point several hours into the flight and after the main meal service, V-1 noticed MACEDO's hands were rubbing his groin area while the tray table was in the lowered position. Soon after, V-1 saw MACEDO with his penis exposed, starting to masturbate while staring at her. She then felt MACEDO's leg running against her right leg. Shortly after that, she felt his left hand rubbing the top of her right leg. V-1 then reacted by punching MACEDO and telling him to stop.

11. After being alerted to the incident by V-1's wife, who was seated in 33E, flight attendants onboard UA 942 subsequently moved MACEDO from seat 32F to another seat.

12. The acts began, continued, and were completed while the aircraft was in flight from IAD to LIS, within the Eastern District of Virginia and the special aircraft jurisdiction of the United States.

13. Your affiant served a subpoena to United Airlines requesting passenger information on UA 942 for seats 32E and 32F and other surrounding seats to verify passenger identities and any potential witnesses. United Airlines provided the requested information and confirmed that MACEDO was assigned to seat 32F.

## CONCLUSION

14. Based upon the foregoing, I submit there is probable cause to believe that on or about November 1, 2024, while on UA 942, an aircraft in the special aircraft jurisdiction of the United States on a nonstop flight from IAD to LIS, the defendant, MACEDO, did (1) knowingly make an obscene or indecent exposure of his genitals and engaged in masturbation in a public place, in violation of 49 U.S.C. § 46506(2), assimilating D.C. Code § 22-1312 (formerly D.C. Code § 22-1112); and (2) did commit simple assault of V-1 by intentionally rubbing his left hand on the top of V-1's right leg making physical contact with V-1 in an offensive manner in violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1).

Respectfully submitted,

THOMAS PATTINSON (Affiliate)
Digitally signed by THOMAS PATTINSON (Affiliate)
Date: 2025.07.09 15:59:54 -04'00'

Thomas Pattinson
Task Force Officer
Federal Bureau of Investigations

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on July 11, 2025.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.07.11 11:54:47 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia